AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Christopher Blair
Plaintiff

V.

Tammy Mann
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07-847

I, Christopher Blair, declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant   • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
DEC 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   (Yes)   • No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Sussex Correctional Institution

   **Inmate Identification Number (Required):** 477186

   Are you employed at the institution? NO  Do you receive any payment from the institution? NO

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • • Yes   (No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 10-12-07
   Department Education D.C.C 1181 Paddock Rd Smyrna De 19977

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    • • Yes   • • No
   b. Rent payments, interest or dividends             • • Yes   • • No
   c. Pensions, annuities or life insurance payments   • • Yes   • • No
   d. Disability or workers compensation payments      • • Yes   • • No
   e. Gifts or inheritances                            (•Yes)    • • No
   f. Any other sources                                (•Yes)    • • No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   In received $350.00 from a friend on 8-27-2007 and $150.00 on 8-30-2007. I also received a total of $90.00 from my

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  (Yes)  ••No

   If "Yes" state the total amount $ 5.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ••Yes  (No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

I declare under penalty of perjury that the above information is true and correct.

12-18-07     *Christopher D Blair*
DATE         SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

<u>**REQUEST FORM**</u>
<u>**FOR**</u>
<u>**INMATE ACCOUNT ACTIVITY STATEMENT**</u>

Inmate Name: <u>Blair    Christopher    O</u>    SBI Number: <u>477186</u>
               (Last)     (First)    (M.I.)

Housing Unit: <u>Medium    Tier C</u>

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

<u>Christopher Blair</u>      <u>Judith Ann Lederman</u>
Inmate Signature                     Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

RECEIVED
SCI Business Office

Date received by business office: <u>  NOV 2 1 2007</u>

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 28, 2009

## INMATE ACCOUNT STATEMENT

TO:   Inmate Name: Blair                Christopher D
                  (Last)                (First)      (M.I.)
      SBI Number: 477186
      Housing Unit: medium    C-Tier

FR:   Inmate Account Technician

DA:

RE:   Summary Of Account

..........................................................

Attached is your account statement for the six month period of 11/1, 07
through 11/21, 07.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ 19.11.

Attachment

*Phyllis Redden*
Notary

PHYLLIS REDDEN
Notary Public, State of Delaware
My Commission Expires Oct. 31, 2009

Printed: 11/21/2007

## *Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 11/1/2007 through 11/21/2007*

Page 1 of 1

SBI: 00477186          NAME:    BLAIR, CHRISTOPHER

| Date | Balance |
|---|---|
| 11/01/2007 | $0.00 |
| 11/02/2007 | $0.00 |
| 11/03/2007 | $0.00 |
| 11/04/2007 | $0.00 |
| 11/05/2007 | $0.00 |
| 11/06/2007 | $22.52 |
| 11/07/2007 | $22.52 |
| 11/08/2007 | $22.52 |
| 11/09/2007 | $22.52 |
| 11/10/2007 | $22.52 |
| 11/11/2007 | $22.52 |
| 11/12/2007 | $22.52 |
| 11/13/2007 | $0.41 |
| 11/14/2007 | $0.41 |
| 11/15/2007 | $0.41 |
| 11/16/2007 | $40.41 |
| 11/17/2007 | $40.41 |
| 11/18/2007 | $40.41 |
| 11/19/2007 | $40.41 |
| 11/20/2007 | $40.41 |
| 11/21/2007 | $40.41 |

Summary for 'SBI' = 00477186 (21 detail records)

**Average Daily Balance:    $19.11**

# Current Month -- Individual Statement

Date Printed: 11/21/2007                                                                 Page 1 of 1

## For Month of November 2007

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00477186 | BLAIR | CHRISTOPHER | | | | |
| Current Location: | MEDIUM C | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 11/1/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mail MO | DCC | 11/6/2007 | $22.52 | $0.00 | $0.00 | $0.00 | $22.52 |
| Commissary | | 11/13/2007 | ($22.11) | $0.00 | $0.00 | $0.00 | $0.41 |
| Mail CK | DEXSTA FED CRED UN | 11/16/2007 | $40.00 | $0.00 | $0.00 | $0.00 | $40.41 |
| Postage | | 11/19/2007 | $0.00 | $0.00 | ($0.49) | $0.00 | $40.41 |
| Copies | | 11/21/2007 | $0.00 | $0.00 | ($2.00) | $0.00 | $40.41 |
| Copies | | 11/21/2007 | $0.00 | $0.00 | ($7.00) | $0.00 | $40.41 |
| | | | | | **Ending Mth Balance:** | | **$40.41** |

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  ($9.49)

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Christopher Blair   SBI#: 477186

FROM: Mercedes VALLIN

RE: **6 Months Account Statement**

DATE: 10/19/07

---

Attached are copies of your inmate account statement for the months of April 2007 to September 2007.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Apr | 12.97 |
| May | 5.15 |
| Jun | 21.84 |
| Jul | 5.95 |
| Aug | 57.38 |
| Sept | 285.18 |

Average daily balances/6 months: $64.75

Attachments
CC: File

Mercedes Vallin

Jeanette L. Havy
10/19/07

**Individual Statement**
**From April 2007 to September 2007**

Date Printed: 10/19/2007                                                                                                 Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00477186 | Blair | Christopher | | | Beginning Month Balance: | $0.45 |
| Current Location: | C | | | | Ending Month Balance: | $2.30 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Wages | 4/2/2007 | $47.60 | $0.00 | $0.00 | $48.05 | 408212 | | | |
| Canteen | 4/4/2007 | ($39.89) | $0.00 | $0.00 | $8.16 | 409939 | | | |
| Medical | 4/4/2007 | $0.00 | ($6.00) | $0.00 | $8.16 | 410452 | | | |
| Medical | 4/5/2007 | ($6.00) | $0.00 | $0.00 | $2.16 | 411360 | | | |
| Canteen | 4/11/2007 | ($2.09) | $0.00 | $0.00 | $0.07 | 412715 | | | |
| Mail | 4/20/2007 | $50.00 | $0.00 | $0.00 | $50.07 | 417644 | 120962 | EDUCATION 2/24-3/2 | DEXSTA FCU |
| Canteen | 4/24/2007 | ($39.99) | $0.00 | $0.00 | $10.08 | 419516 | | 3/22/07 | |
| Wages | 5/1/2007 | $34.80 | $0.00 | $0.00 | $44.88 | 421505 | | 3/22/07 | |
| Canteen | 5/2/2007 | ($39.98) | $0.00 | $0.00 | $4.90 | 423056 | | EDUCATION 3/24-4/2 | |
| Canteen | 5/16/2007 | ($4.51) | $0.00 | $0.00 | $0.39 | 429035 | | | |
| Mail | 5/31/2007 | $40.00 | $0.00 | $0.00 | $40.39 | 435102 | 121781 | | DEXSTA |
| Wages | 6/1/2007 | $54.40 | $0.00 | $0.00 | $94.79 | 435383 | | EDUCATION 4/24-5/2 | |
| Canteen | 6/5/2007 | ($60.84) | $0.00 | $0.00 | $33.95 | 439315 | | | |
| Canteen | 6/13/2007 | ($33.71) | $0.00 | $0.00 | $0.24 | 442295 | | | |
| Wages | 7/2/2007 | $45.20 | $0.00 | $0.00 | $45.44 | 450381 | | EDUCATION 5/24-6/2 | |
| Canteen | 7/5/2007 | ($39.55) | $0.00 | $0.00 | $5.89 | 451805 | | | |
| Canteen | 7/11/2007 | ($5.29) | $0.00 | $0.00 | $0.60 | 454781 | | | |
| Wages | 8/1/2007 | $34.00 | $0.00 | $0.00 | $34.60 | 462935 | | EDUCATION 6/24-7/2 | |
| Canteen | 8/1/2007 | ($16.76) | $0.00 | $0.00 | $17.84 | 465001 | | | |
| Misc Wage 1099 | 8/2/2007 | $5.00 | $0.00 | $0.00 | $22.84 | 466141 | | SOCCER CHAMPION | |
| Misc Wage 1099 | 8/2/2007 | $5.00 | $0.00 | $0.00 | $27.84 | 466191 | | JULY 4TH ACTIVITIE | |
| Pay-To | 8/3/2007 | ($10.00) | $0.00 | $0.00 | $17.84 | 466737 | | RUSHAY BLAIR | |
| Pay-To | 8/3/2007 | ($8.00) | $0.00 | $0.00 | $9.84 | 466947 | | MASJID MUHAMMAD | |
| Canteen | 8/8/2007 | ($9.77) | $0.00 | $0.00 | $0.07 | 467955 | | | |
| Mail | 8/27/2007 | $350.00 | $0.00 | $0.00 | $350.07 | 477786 | 123860 | | DEXSTA FCU |
| Canteen | 8/29/2007 | ($122.61) | $0.00 | $0.00 | $227.46 | 478599 | | | |
| Mail | 8/30/2007 | $150.00 | $0.00 | $0.00 | $377.46 | 479639 | 10052042705 | | C CRANE |
| Wages | 9/4/2007 | $48.40 | $0.00 | $0.00 | $425.86 | 480447 | | EDUCATION 7/24-8/2 | |
| Pay-To | 9/4/2007 | ($10.00) | $0.00 | $0.00 | $415.86 | 480806 | | MASJID MUHAMMAD | |
| Canteen | 9/5/2007 | ($69.24) | $0.00 | $0.00 | $346.62 | 482083 | | | |
| *Canteen | 9/12/2007 | ($17.46) | $0.00 | $0.00 | $329.16 | 485768 | | | |

# Individual Statement
## From April 2007 to September 2007

Date Printed: 10/19/2007

Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00477186 | Blair | Christopher | | | Beginning Month Balance: | $0.45 |
| Current Location: C | | | | | Ending Month Balance: | $2.30 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 9/20/2007 | $0.00 | ($4.00) | $0.00 | $329.16 | 488916 | | 9/12/07 | |
| Medical | 9/20/2007 | ($4.00) | $0.00 | $0.00 | $325.16 | 489269 | | 9/12/07 | |
| Pay-To | 9/21/2007 | ($3.00) | $0.00 | $0.00 | $322.16 | 489561 | | NAACP | |
| Canteen | 9/26/2007 | ($39.86) | $0.00 | $0.00 | $282.30 | 490607 | | | |
| Pay-To | 9/26/2007 | ($280.00) | $0.00 | $0.00 | $2.30 | 491074 | | CHRISTOPHER BLAI | |

Ending Month Balance: $2.30

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00