
COPY
(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) _Christopher Blair 477186_
(Name of Plaintiff)         (Inmate Number)

_S.C.I P.O. Box 500 Georgetown De 19947_
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)         (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) _Tammy Mann (official and_
(2) _individual-person capacity)_
(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

_07 - 847_
(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

✓ Jury Trial Requested

FILED
DEC 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned
IFP

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____

_____

_____

_____

_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (Yes) ··No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? · (Yes) · ·No

C. If your answer to "B" is Yes:

1. What steps did you take? I wrote a grievance on the matter and reported the situation to internal affairs.
2. What was the result? The matter was investigated by internal affairs and I was removed from the facility for my own safety.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Tammy Mann

Employed as Corrections Officer at Delaware Correctional Center

Mailing address with zip code: 1181 Paddock Rd Smyrna De 19944

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. The Defendant, officer Tammy Mann violated Department of Corrections policy 4.2 (Sexual harassment), Delaware State law Tittle 11-1259 (Sexual relations in detention facility) Tittle 11 746 (sexual extortion) and my 1st 5th 8th and 14th Amendment rights when in December of 2006 She approached me, an inmate in her custody about having a sexual relationship with her. Officer Mann asked me to masturbate so she could watch and I did. During this time and in all other times mentioned in this complaint the Defendant Officer Tammy Mann was acting under color of law. (Statement continues on next page)

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. A declaration that the acts and ommission described herein violated Plaintiff's rights under the Constitution and laws of the United States.

3

(Relief continues on the last two pages)

IV. Statement of Claim

2. Officer Tammy Mann continued to engage in a sexual relationship with me in exchange for favors until August of 2007. I filed a grievance and went to internal Affairs. This was on the 31st of August and in both the grievance and in my report to internal Affairs I stated that I feared for my safety because the situation had become threatening and that I wanted to be moved.

3. To support my accusations against Officer Tammy Mann I gave internal Affairs the following and will need to be obtained by Subpena by the court along with the result of their investigation. The address to a P.O box that was registered in ~~the defend~~ Officer Tammy Mann's name. Evelopes that were addressed in ~~the~~ Officer Mann's handwriting that were sent to me. The number of a cell phone Officer Mann use to bring into the prison so she could contact me. Statements of checks my credit union had sent Officer Mann, and a cell phone that had gotten Smashed but the S.I.M

chip contains Officer Mann's phone number. Also the name of the company that provided the service for the cell phone, Trackfone.com. A subpena of the phone records of text messages between Officer ~~Mo~~ Mann and myself where it concerns the cell phone in the possession of ~~Internal~~ Affairs at the Delaware Correctional Center will also be necessary.

4. On the 3rd of September 2007 I sought ~~con~~ counsel from mental health because of the stressful nature of the situation. I spoke to mental health care worker named Mr. Feme. ~~I told~~ him about the sexual assault by Officer Mann and the danger I felt I was in. I also asked him not to say anything. He advised me to move out the building where Officer Mann worked and that he would assist me in this end. He also told me to keep him abreast if the situation got worse.

5. On September 13, 2007 I was still in the building where Officer Mann worked when I was approached

by her about filing the complaint against her with internal Affairs. The report was suppose to have been confidential because of the danger it would expose me to. Officer Mann then told me that I would get hurt if I'd mentioned her name to internal Affairs. When I asked her how she knew about me going to internal Affairs on the 31st of August she told me that her supervisor David Lowery told her.

5.   On the morning of September 13th 2007 I went to work in the department of education where I worked as a teacher's aide and reported the threat to my Supervisor Ms Gue. Ms Gue made me tell her everything from beginning to end. She also asked me to write down a statement which I did. Then she called the deputy Warden David Pierce and internal affairs and told them about Officer Mann's threat towards me. She was told that they were aware of the situation.

#7  On the 28th of September Officer Mann approached me and told me that I misunderstood her threats towards me and apologized for her over all behavior. It had been over a month since I reported the incident to Internal Affairs and nothing had happened. I was afraid and figured that they would do nothing about it and wanted no more problems with Officer Mann so I wrote her a letter saying that my statement to Internal Affairs was untrue even though it was. In exchange she promised not to retaliate against me and to quell the ill feelings of some inmates towards me because of her.

#8. On the 14th of October I was written up by Officer Mann for assault, disorderly threatening, and disrespect. I was thrown into isolation where as a form of punishment inmates are only allowed to shower and brush their teeth every other day. The write up was done by officer Mann as

a form of reprisal for going to Internal Affairs and for filing a grievance. No such incident ever took place and in my defence I stated as much. On the 17th of October Internal Affairs investigator Officer Richardson spoke with me and informed me that they were just waiting on court subpenas for the bank statements and other information I'd given them and if what I said proved true the charge against me by officer Mann would be dropped.

7.) I was sent to the SHU (Supermax Housing Unit) after spending 15 days in isolation and on the 1st of November I was transferred to the Sussex Correctional Institute for my own safety. As a result of the write up I lost my job, my security status, and many of my possessions which included legal work regarding this case. A lieutenant Walker had secured the legal work for me in my presence before I was taken to the whole but a month later the legal paperwork wasn't included in my property when I received it. Officer Tammy Mann had access to my personal belongs at this time. This legal work included a completed 1983 form and photo copies of grievances and letters to the Attorney General and the Deputy Warden of Delaware Corrections Center David Pierce.

0) I was never found guilty of the write up because I was removed from the facility before my hearing but the report is still on my record. I'm an Inter-State Compact inmate from New Jersey and I'm afraid that this incident on my otherwise good insti-

The Defendant officer Tammy Man while acting under the color of law abused her authority by engaging in a sexual relationship with me, an inmate in her costody. Not only did she threaten me She followed through with her threats in an attempt to punish and shut me up when I used the appropriate channels to grieve the situation.

11) I have no plain, adequate or complete remedi. at law to redress the wrongs described here in. I have been and will continue to be irreparabl. injured by the conduct of the Defendant unless this court grants the declaratory and injunctive relief which I seek.

2. A preliminary and permanent injunction ordering the Department of Corrections of the State of Delaware for whom the Defendant Officer Tammy Mani worked and acted under the color of the law to clear the Plaintiff's institutional record of all write-ups related to the incident mentioned in this complaint.

3. 

3. Compensatory damages in the amount of $3,000 against the Defendant.

(Relief continues on next page)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __18th__ day of __December__, 2__007__.

__Christopher B. Blair__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

## I. Relief

4.) Punitive Damages in the amount of $10,000 against the Defendant.

5.) A Jury trial on all issues triable by jury.

6.) Plaintiff's cost of suit.

7.) Any additional relief this court deems just, proper, and equitable.

(477186)
IM: *Christopher Blair* BLDG. *Medium B tier*
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S.M.S
X-RAY

Clerk
U.S District Court
lock box 18 844 N.
King Street Wilmington,
DE 19801