FILED
JAN 2 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In The United States District
Court for the District of Delaware

Chrisopher Blair,

v.

Tammy Mann.

No. 07-847-JJF

## NOTICE OF MOTION

TO: Tammy Mann
1181 Paddock
Rd Smyrna
DE 19977

PLEASE TAKE NOTICE that the attached Motion for Appointment of Counsel will be presented at the convenience of the Honorable Court.

Christopher Blair
Christopher Blair
S.C.I P.O Box 500
Georgetown Delaware
19947

DATED: 1-15-08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Christopher Blair
Plaintiff/s

V.

Tammy Mann
Defendant/s

Civil Action No.: 07-847-JJF

MOTION FOR  Appointment of Counsel

COMES NOW, the Plaintiff, Christopher Blair, pro se who pursuant to The in forma pauperis law, 28 U.S.C. §1915(e)(1), moves this Honorable Court to grant this motion. In support, the following facts are asserted;

1) Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2) Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant investigation and reserch. Plaintiff has limited access to the law library and limited knowledge of the law.

3) A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4) Plaintiff has made repeated efforts to obtain a lawyer. Attached to this motions are letters the plaintiff has written in an attempt to obtain counsel.

Wherefore, plaintiffs request that the Court appoint John L. Weichsel, a member of the New Jersey and New York Bars, as counsel in this case.

1-15-08
Date

*Christopher Blair*
Signature

Christopher Blair
Print

1-15-08

Dear John

How have you been? I didn't get back to you regarding the sentence reduction because I saw the futility in it. Things down here are fine. I'm healthy mentally and physically but I have a legal matter that I need your help with. I've filed a ci civil Complaint in federal Court against an officer but the more I research is the more I realize what a serious undertaking this is. Enclosed is a copy of the Complaint and all correspondances so far with the court. The Complaint has to be amended because the injunctive relief I've asked for has already been grant by the D.O.C. The damages I've asked for also needs to be changed.

I've filed a motion for the appointment of Counsel and the Judge has given me until 2-7-08 to return the Authorization form for the monthly deduction of the filing fee from my account because I've filed in forma pauperis.

If you are able to take this case please let me know as soon as possible. Since the ball is already in motion I will continue on my own until I hear from you. Take care of yourself.

Sincerely,
Christopher Blair

P.S. I'll need a copy of the complaint back. Copies here are rediculously expensive 35¢ per page!

*In The United States District Court For the District of Delaware*

*Christopher Blair*,
Plaintiff,

V.

*Tammy Mann*,
Defendant.

\* \* \* \* \* \* \*

No. *07-847-JJF*

## ORDER

**IT IS HEREBY ORDERED**, this _____ day of _____, 20\_\_\_ that the attached Motion for _____

Has been read and considered.

**IT IS ORDERED THAT** _____
_____
_____

_____
JUDGE

## CERTIFICATE OF SERVICE

I, Christopher Blair, hereby certify that I have served a true and correct copy of the attached Motion _____ upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| Tammy Mann | 1181 Paddock Rd | Smyrna DE 19977 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This 15th day of January, 2008.

Christopher Blair

Christopher Blair

