OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

March 7, 2008

TO: Christopher Blair
    SBI# 477186
    Sussex Correctional Institution (SCI)
    P.O. Box 500
    Georgetown, DE 19947

**RE:  UNITED STATES MARSHAL 285 FORMS - DEFICIENCY NOTED
      CIV. NO. 07-847(JJF)**

Dear Mr. Blair:

    Please be advised that this office has received a United States Marshal 285 form for defendant Tammy Mann. This USM 285 is enclosed and returned herewith due to lack of original signature. Please return the USM 285 form signed and dated to the Clerk's Office.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                 Sincerely,

/ead                                  PETER T. DALLEO
                                      CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc: Returned USM 285 form for Tammy Mann