OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 22, 2008

TO: Christopher Blair
    SBI# 477186
    Sussex Correctional Institution (SCI)
    P.O. Box 500
    Georgetown, DE 19947


**RE:  UNITED STATES MARSHAL 285 FORMS - DEFICIENCY NOTED
      CIV. NO. 07-847(JJF)**

Dear Mr. Blair:

Please be advised that this office has received United States Marshal 285 forms for all defendants except: Attorney General of the State of Delaware.

Please submit a United States Marshal 285 form for the Attorney General of the State of Delaware. Upon receipt of the form, your complaint will be forwarded to the United States Marshal for service in accordance with the Court's orders.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,


/ead                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Joseph J. Farnan, Jr.