OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

June 9, 2008

TO: Christopher Blair
    SBI# 477186
    Sussex Correctional Institution (SCI)
    P.O. Box 500
    Georgetown, DE 19947

**RE: UNITED STATES MARSHAL 285 FORMS
    CIV. NO. 07-847(JJF)**

Dear Mr. Blair:

    Please be advised that this office has received all required United States Marshal 285 forms in the above referenced case.

    Your complaint, along with the United States Marshal 285 forms, will be forwarded to the United States Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                        Sincerely,

/ead                                   PETER T. DALLEO
                                        CLERK

cc: The Honorable Joseph J. Farnan, Jr.
    United States Marshal
    Pro Se Law Clerk