FILED
JUN 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

June 16, 2008

To: Peter T. Dalleo
Office of the Clerk
United States District Court
District of Delaware

RE: Forwarding request for the production of Documents under rule 34.

Dear Sir

I've copied the format for requesting the production of documents in accordance with rule 34 the best as I can. If I've done anything incorrectly, please let me know so that I can make the changes that are necessary.

The documents that are in the possession of the Delaware Correctional Center's internal affairs especially needs to be produced as soon as possible so they can be reviewed and held as evidence by the court. It doesn't serve the interest of justice to allow these documents to remain solely in the possession of the Delaware Correctional Center for whom the Defendant Tammy Mann worked at the

Line, of my claims against her.

Sincerely
Christopher Blair

I/M: Christopher Blair  477180
BLDG: MED-B
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

WILMINGTON DE 197
18 JUN 2008 PM 1 T

U.S.M.S.
X-RAY

To: Peter T. Dalleo
Office of The Clerk
United States District Court
District of Delaware 844 N. King St,
Lockbox 18 Wilmington, De 19801-3570