

FILED
JUN 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1:07-cv-00847-JJF ①
Blair v. Mann

Request for the Production of Documents etc, under Rule 34

Plaintiff Christopher Blair request the Dexsta Federal Credit Union, 300 Foulk road, Suite 100 Wilmington, De 19803-3819, to respond within 30 days to the following requests:

That the Dexsta Federal Credit Union produce and permit plaintiff to inspect and to copy each of the following documents:

A) All records of checks written to Tammy Mann by Plaintiff Christopher Blair, including proof that these checks were cashed or deposited.

B) All records regarding Tammy Mann acting as the contact person for Plaintiff Christopher Blair's account in 2004.

C) All records of electronic tranfers of funds from plaintiffs Christopher Blair's account to Tammy Mann's bank account.

D) Any and all other relevant information regarding the ~~plaintiff~~ plaintiff Christopher Blair and Tammy Mann in respects to the Credit Union.

②

Please forward all aforementioned information to the Plaintiff who is being held at the Sussex Correctional Institute P.O box 500 Georgetown Delaware 19947, no later than 30 days after this request has been received unless the court deems otherwise. Then all items will be sent to the clerk of the U.S District Court of Delaware to be held as evidence in a pending civil suit.

Signed: Christopher Blair

Date: June 16, 2008

Address: Sussex Correctional institute P.O Box 500 Georgetown De, 19947