FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE JUN 19 2007

1:07-cv-00847-JJF
Blair v. Mann

Request for the Production of Documents etc, Under Rule 34

Plaintiff Christopher Blair request the internal Affairs of the Delaware Correctional Center to respond within 30 days to the following requests:

(1) That the internal Affairs of the Delaware Correctional Center produce and permit plaintiff to inspect and to copy each of the following documents:

A) Copies of grievances the plaintiff lodged regarding the behavior of Officer Tammy Mann that the grievance board forwarded to internal affairs for investigation.

B) Copies of all tape recorded statements that the plaintiff made to internal affairs regarding officer Tammy Mann.

C) Any tape recorded or written statements made by officer Tammy Mann during interrogation.

D) Any and all findings that resulted from internal Affairs investigation of plaintiffs' claims of sexual misconduct and threats by officer Tammy Mann.

Please forward all relevant information to the Plaintiff who is being held at the Sussex Correctional Institute P.O box 500 Georgetown Delaware 19947, no later than 30 days after this request has been received unless the court deems otherwise.

Items such as tape recordings etc, that plaintiff does not have the wherewithall to examine without the approval of the Sussex Correctional Institution must be forwarded through the appropriate channels that will make such an examination possible. Afterwards all items will be categorized and sent to the Clerk of the U.S District Court to be held as evidence.

Signed: *Christopher Blair*

Date: June 16, 2008

Address: Sussex Correctional Institution P.O Box 500 Georgetown Delaware 19947