U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| *Christopher Blair* | #*NO. 07-847-JJF* |
| DEFENDANT | TYPE OF PROCESS |
| *Tammy Mann* | *USM Form-8285* |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*Tammy Mann Officer of The Department of Corrections of*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) *the State of Delaware.*

AT *1121 Paddock Rd Smyrna Delaware 19977*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| *Christopher Blair* *Sussex correctional Institute P.O Box 500 George Town Delaware 19947* | Number of process to be served with this Form - 285  **2** |
| | Number of parties to be served in this case  **2** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                    Fold

*I'm no longer sure if the defendant can be found at the address above but the Department of Corrections of Delaware can provide you with this information. Her cell phone number however is 443-343-0358 and she resides in Snow Hill Maryland.*

Signature of Attorney or other Originator requesting service on behalf of:     ☑ PLAINTIFF    ☐ DEFENDANT

| *Christopher Blair* | TELEPHONE NUMBER | DATE *5-19-08* |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. *15* | District to Serve No. *15* | Signature of Authorized USMS Deputy or Clerk *HF* | Date *7-21-08* |
|---|---|---|---|---|---|
| | *1* | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service *8/11/08* | Time  am  pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

*No longer @ DCC*

*Ret. Unexecuted*

**PRIOR EDITIONS MAY BE USED**        **1. CLERK OF THE COURT**        **FORM USM-285 (Rev. 12/15/80)**